

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2015

No. 04-14-00558-CV

Edna A. **MARTINEZ**,
Appellant

v.

**STATE OFFICE OF RISK MANAGEMENT**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CI-17102
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On July 30, 2015, this court denied both parties' requests for oral argument submission of this appeal and set this cause for submission on briefs on September 2, 2015. After further reviewing the briefs, this court's July 30, 2015 order is WITHDRAWN.

The parties' requests for oral argument are GRANTED, and this appeal is set for formal submission and oral argument before this court on Thursday, December 17, 2015, at 9:00 a.m., before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Karen Angelini, and Justice Jason Pulliam.

The time for oral argument will be limited to twenty minutes for appellant's opening argument, twenty minutes for appellee's argument, and ten minutes for appellant's rebuttal. See 4th TEX. APP. (SAN ANTONIO) LOC. R. 9.1.

If either party no longer wishes to present argument, the party must notify this court in writing within seven days of receiving this notice.

It is so **ORDERED** on November 20, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court